GLADSTEIN, REIF & MEGINNISS LLP
Katherine H. Hansen
William S. Massey
39 Broadway, Suite 2430
New York, New York 10006
(212) 228-7727
khansen@grmny.com
wmassey@grmny.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------x
1199SEIU UNITED HEALTHCARE
WORKERS EAST,

|  |  |
|---|---|
| Plaintiff, | **ECF CASE** |
| -versus- | **No. 2:21-cv-10472** |

CRANFORD REHAB AND NURSING
CENTER and REHAB AT RIVERS EDGE,

Defendants.
-------------------------------------------------------------x

### EMERGENCY APPLICATION FOR ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER

Plaintiff 1199SEIU United Healthcare Workers East respectfully requests that the Court issue an order directing Defendants Cranford Rehab and Nursing Center ("Cranford") and Rehab at Rivers Edge ("RRE")  to show cause why a preliminary injunction should not be entered restraining Defendants from selling or transferring Cranford and RRE or taking any irreversible step toward sale or transfer before the issuance and effectuation of the arbitrator's final award concerning the sale, and requiring Defendants to maintain the *status quo ante* until the issuance and effectuation of the arbitrator's final award concerning the sale, and that the Court temporarily

1

restrain Defendants from the acts sought to be preliminarily enjoined, pending the hearing of Plaintiff's motion for a preliminary injunction.

Plaintiff makes this request because the threatened irreparable injury is set to occur imminently, and as soon as May 1, 2021.

The facts supporting this request for an order to show cause with temporary restraining order and Plaintiff's motion for a preliminary injunction in aid of arbitration are set forth in Katherine H. Hansen's Declaration in Support of Emergency Application for Order to Show Cause With Temporary Restraining Order and Preliminary Injunction executed April 29, 2021, and the exhibits annexed thereto.

The legal and equitable basis for Plaintiff's motion for a preliminary injunction is set forth in the Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction In Aid of Arbitration, and applies with equal force to Plaintiff's request for a temporary restraint pending hearing of the preliminary injunction motion.

Dated: April 29, 2021

Respectfully submitted,

GLADSTEIN, REIF & MEGINNISS LLP

By: _____*s/ Katherine H. Hansen*_____
         Katherine H. Hansen

39 Broadway, Suite 2430
New York, New York 10006
(212) 228-7727
khansen@grmny.com

TO:    Noah Siegal, Esq.
         Corporate Counsel, Excelerate HCS
         4711 Golf Road, Suite 200
         Skokie, IL 60076
         Via email NSiegel@exceleratehcs.com

2